**DISMISS; and Opinion Filed April 10, 2014.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01383-CV

**US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2004-4, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2004-4, Appellant**

**V.**

**DEMETRIA AMARO AND ALL OTHER OCCUPANTS OF 311 NORTH RAVINIA DRIVE, DALLAS, TEXAS 75211, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04360-A**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Brown
Opinion by Justice O'Neill

This is an appeal from a judgment for possession of property in a forcible detainer suit.

Appellees move to dismiss for mootness. They assert they have vacated the property, and

appellant has confirmed they have. Accordingly, we grant the motion, vacate the trial court's

judgment, and dismiss the case as moot. *See Marshall v. Hous. Auth. of City of San Antonio*, 198

S.W.3d 782, 788 (Tex. 2006).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

131383F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2004-4, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2004-4, Appellant

No. 05-13-01383-CV      V.

DEMETRIA AMARO AND ALL OTHER OCCUPANTS OF 311 NORTH RAVINIA DRIVE, DALLAS, TEXAS 75211, Appellees

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-12-04360-A.
Opinion delivered by Justice O'Neill.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Demetria Amaro and all other occupants of 311 North Ravinia Drive, Dallas, Texas 75211 recover their costs, if any, of this appeal from appellant US Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2004-4, Home Equity Pass-Through Certificates, Series 2004-4.

Judgment entered this 10th day of April, 2014.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE